**Albert J. ZAGER, Appellant, v. UNITED STATES of America, Appellee.**

No. 4041.

Circuit Court of Appeals, Fourth Circuit.

July 24, 1936.

For opinion below, see 14 F.Supp. 23.

Wilfred T. McQuaid and Cornelius P. Mundy, both of Baltimore, Md., for appellant.

Bernard J. Fynn, U. S. Atty., and C. Ross McKenrick, Asst. U. S. Atty., both of Baltimore, Md.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

The points presented by the appeal in this case are without merit. Nothing need be added to what was said by the judge below in his opinion in United States v. Zager (D.C.) reported in 14 F.Supp. 23, which is adopted as the opinion of this court.

Affirmed.

**WOLVERINE INSURANCE COMPANY v. Harry H. GIBSON, Nelson J. Quinn, and Mabel E. Quinn.**

No. 7440.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1936.

Fraser, Effler, Shumaker & Winn, of Toledo, Ohio, for appellant.

Ralph Emery, of Toledo, Ohio, for appellees.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.